THEODORE LEVY, an Infant, by MORRIS L. LEVY, His Guardian ad Litem, et al., Appellants, *v.* CITY OF NEW YORK, Respondent, Impleaded with Another.

Argued March 1, 1939; decided April 4, 1939.

*Thomas A. Shaw, Jay S. Jones* and *Edward J. Fanning* for appellants.

*William C. Chanler, Corporation Counsel* (*Edward J. McGratty, Jr.,* and *Paxton Blair* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.